# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JEREMY DEAN RUBY, <br><br> Defendant. | CR-25-78-BLG-SPW <br><br><br> **ORDER GRANTING MOTION TO DISMISS COUNT ONE OF THE INDICTMENT** |

Upon the United States' Unopposed Motion to Dismiss Count 1 of the Indictment (Doc. 31), and for good cause appearing,

IT IS HEREBY ORDERED that the United States' Motion to Dismiss Count 1 of the Indictment (Doc. 31), is **GRANTED**. Count 1 of the Indictment is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 30th day of April, 2026.

SUSAN P. WATTERS
United States District Judge

1